# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 19-CR-60337-PCH/McALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBIN TOMAS MELENDEZ VELASQUEZ,

    Defendant.
_____/

## **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

THIS MATTER was referred to Magistrate Judge Chris McAliley on December 5, 2019. [ECF No. 12]. A Report and Recommendation filed on December 19, 2019 recommended that the Defendant's plea of guilty be accepted. [ECF No. 17]. The Defendant and the U.S. Government were afforded the opportunity to file objections to the Report and Recommendation; however, none were filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation of U.S. Magistrate Judge Chris McAliley is hereby adopted and approved in its entirety. Defendant Robin Tomas Melendez Velasquez is adjudged guilty of the crime charged in the Indictment [ECF No. 6]. As reflected in the Paperless Order of Sentencing Hearing, [ECF No. 20], the Defendant shall be sentenced on March 3, 2020, at 10:00 AM before the Honorable Paul C. Huck.

DONE AND ORDERED in chambers in Miami, Florida this 3rd day of January 2020.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record